IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISAIAH SHAWN-SAM GLENN,<br><br>Defendant. | CR 17-13-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the revocation hearing presently set for Friday, February 8, 2019 at 10:30 a.m., is **VACATED** and **RESET** for **Friday, February 8, 2019 at 11:00 a.m.**, changing the time of the hearing only.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 7th day of February, 2019.

SUSAN P. WATTERS
United States District Judge

1